IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE RATH, and JUDITH RATH, | |
| Plaintiffs, | 8:19CV437 |
| vs. | |
| GENERAL COLLECTION CO., | ORDER OF DISMISSAL |
| Defendant. | |

The parties filed a Stipulation of Dismissal With Prejudice ([Filing No. 8](#)).

Upon review,

**IT IS ORDERED** that the stipulation is approved. The above-captioned case is dismissed with prejudice, with each party to pay its own attorney's fees and costs. Judgment will be entered by separate document.

Dated this 19th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge